IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEANGELIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JON S. CORZINE, HENRI J. STEENKAMP, BRADLEY ABELOW, and MICHAEL G. STOCKMAN,<br><br>Defendants. | Case No.: 1:11-cv-07866-VM<br><br>**Electronically filed** |
| VASIL PETRO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>JON S. CORZINE, J. RANDY MACDONALD, HENRI J. STEENKAMP, DAVID P. BOLGER, ALISON J. CARNWATH, EILEEN S. FUSCO, DAVID GELBER, MARTIN GLYNN, EDWARD L. GOLDBERG, DAVID I. SCHAMIS, and ROBERT S. SLOAN,<br><br>Defendants. | Case No.: 1:11-cv-08253-VM<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 12/21/11 |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

On November 15, 2011, Vasil Petro, individually and on behalf of all others similarly situated, filed Case No. 11-cv-08253. On November 30, 2011, pursuant to an Order of Judge Victor Marrero, Case No. 11-cv-08253 was consolidated with action 11-cv-07866, and all filings were ordered to be docketed against the remaining lower numbered case 11-cv-07866.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Vasil Petro, by and through his undersigned counsel, hereby voluntarily dismisses without prejudice to any of his rights and without costs the complaint filed by him against defendants Jon S. Corzine, J. Randy

MacDonald, Henri J. Steenkamp, David P. Bolger, Alison J. Carnwath, Eileen S. Fusco, David Gelber, Martin Glynn, Edward L. Goldberg, David I Schamis, and Robert S. Sloan asserted in the above-captioned action. No defendant in this action has answered or filed for summary judgment and a class has not been certified.

Dated: December 19, 2011

KAPLAN FOX & KILSHEIMER LLP

/s/ Frederic S. Fox
Frederic S. Fox
Donald R. Hall
Jeffrey P. Campisi
Pamela A. Mayer
850 Third Avenue
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

-and-

LOCKRIDGE GRINDAL NAUEN PLLP
Richard A. Lockridge
Karen H. Riebel
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981

*Counsel for Plaintiff*

SO ORDERED:
20 December 2011

Victor Marrero
U.S.D.J.

## Certificate of Service

I, Frederic S. Fox, certify that I caused the foregoing to be served upon all counsel of record by filing the same using the Court's ECF system, which will send electronic notification of the filing to all registered users.

December 19, 2011

/s/ *Frederic S. Fox*
Frederic S. Fox