UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH DEANGELIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JON S. CORZINE, et al.<br><br>Defendants. | Civil Action No. 11-CIV-7866 |
| ERNESTO ESPINOZA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JON S. CORZINE, et al.,<br><br>Defendants. | Civil Action No. 11-CIV-7960 |
| VASIL PETRO, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JON S. CORZINE, et al.,<br><br>Defendants. | Civil Action No. 11-CIV-8253 |
| DOUBLE D TRADING, LLC, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JON S. CORZINE, et al.,<br><br>Defendants. | Civil Action No. 11-CIV-8271 |

| | |
|---|---|
| IBEW LOCAL 90 PENSION FUND and PLUMBER'S PIPEFITTERS' LOCAL #562 PENSION FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs.<br><br>    v.<br><br>JON S. CORZINE, et al.,<br><br>    Defendants. | Civil Action No. 11-CIV-8401 |
| CONTEXT PARTNERS FUND, L.P., On Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JON S. CORZINE, et al.,<br><br>    Defendants. | Civil Action No. 11-CIV-8888 |

**MOTION OF ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPOINTMENT OF LEAD COUNSEL**

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE THAT Arkansas Public Employees Retirement System ("Movant") respectfully moves this Court, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for entry of an Order: (i) appointing Movant as Lead Plaintiff on behalf of itself and all others similarly situated purchasers of the 2018 Notes and (ii) appointing the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") to serve as Lead Counsel for those purchasers.[1]

This motion is supported by the accompanying Memorandum of Law, the Declaration of Matthew B. Kaplan and the exhibits annexed thereto, all of the prior pleadings and proceedings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court: (i) appoint Movant as a Lead Plaintiff pursuant to the PSLRA; (ii) appoint Cohen Milstein as a Lead Counsel for the class; and (iii) grant such other and further relief as the Court may deem just and proper.

Dated: January 3, 2012

Respectfully submitted,

COHEN MILSTEIN SELLERS
& TOLL PLLC

      /s/   Kenneth M. Rehns
Kenneth R. Rehns (KR-9822)
88 Pine Street, 14th Floor
New York, New York 10005
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

---

[1] To the extent that the Court has not already done so, Lead Plaintiff also requests that all related cases should be consolidated for all purposes.

1

2

- and -

Steven J. Toll
Daniel S. Sommers
Julie G. Reiser
Matthew B. Kaplan
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC  20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Attorneys for Movant and Proposed Lead Counsel*

2