USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSEPH DEANGELIS, et al.,          :
                                   :
                    Plaintiffs,    :
                                   :
     - against -                   :
                                   :
JON S. CORZINE, et al.,            :
                                   :
                    Defendants.    :
------------------------------------X         11 Civ. 7866 (VM)
------------------------------------ X
SUMMIT TRUST COMPANY, et al.,      :
                                   :         12 Civ. 0087 (VM)
                    Plaintiffs,    :
                                   :
     - against -                   :
                                   :
JON S. CORZINE, et al.,            :
                                   :
                    Defendants.    :
------------------------------------X
------------------------------------ X
KAY P. TEE, LLC., et al.,          :
                                   :         12 Civ. 0195 (VM)
                    Plaintiffs,    :
                                   :
     - against -                   :         **ORDER**
                                   :         **CONSOLIDATION**
                                   :
JON S. CORZINE, et al.,            :
                                   :
                    Defendants.    :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Upon review of the complaints and other papers filed with the Court in connection with the three cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative

facts, and assert the same or substantially similar claims against all or most of the same defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 11 Civ. 7866; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered cases, 12 Civ. 0087 and 12 Civ. 0195, as separate actions and remove them from the court's docket.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          24 January 2012

                                          Victor Marrero
                                             U.S.D.J.

COMPLEX-CSMGMT, ECF, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-00087-VM
## Internal Use Only

Summit Trust Company v. Corzine et al
Assigned to: Judge Victor Marrero
Related Case: 1:11-cv-07866-VM
Cause: 07:1 Personal Property

Date Filed: 01/05/2012
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

### Plaintiff

**Summit Trust Company**
*on behalf of itself and all others similarly situated*

represented by **Andrei V. Rado**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300
Fax: (212) 868-1229
Email: arado@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin Yehuda Kaufman**
Milberg LLP (NYC)
One Pennsylvania Plaza
New York, NY 10119
212-594-5300
Fax: 212-868-1229
Email: bkaufman@milberg.com
*ATTORNEY TO BE NOTICED*

**Charles Michael Plavi**
Finkelstein & Krinsk, LLP
501 W. Broadway, Suite 1250
San Diego, CA 92101
(619)-238-1333
Fax: (619)-238-5425
Email: cmp@classactionlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey R. Krinsk**
Finkelstein & Krinsk, LLP
501 West Broadway
Suite 1250
San Diego, CA 92101

(619) 238-1333
Fax: (619) 238-5425
Email: fk@classactionlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Leland Knutson**
Finkelstein and Krinsk
501 West Broadway, Suite 1250
San Diego, CA 92101
(619) 238-1333
Fax: (619)-238-5425
Email: mlk@classactionlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.
**Defendant**
**Jon S. Corzine**

**Defendant**
**Bradley I. Abelow**

**Defendant**
**Henry J. Steenkamp**

**Defendant**
**Michael G. Stockman**

**Defendant**
**Laurie R. Ferber**

**Defendant**
**Edith O'Brien**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/05/2012 | 1 | COMPLAINT against Bradley I. Abelow, Jon S. Corzine, Laurie R. Ferber, Edith O'Brien, Henry J. Steenkamp, Michael G. Stockman. (Filing Fee $ 350.00, Receipt Number 6186)Document filed by Summit Trust Company. (ama) (Entered: 01/09/2012) |
| 01/05/2012 |  | SUMMONS ISSUED as to Bradley I. Abelow, Jon S. Corzine, Laurie R. Ferber, Edith O'Brien, Henry J. Steenkamp, Michael G. Stockman. (ama) (Entered: 01/09/2012) |
| 01/05/2012 |  | CASE REFERRED TO Judge Victor Marrero as possibly related to 1:11-cv-7866. (ama) (Entered: 01/09/2012) |

| | | |
|---|---|---|
| 01/05/2012 | ● | Case Designated ECF. (ama) (Entered: 01/09/2012) |
| 01/05/2012 | ● 2 | STANDING ORDER IN RE PILOT PROJECT REGARDING CASE MANAGEMENT TECHNIQUES FOR COMPLEX CIVIL CASES IN THE SOUTHERN DISTRICT OF NEW YORK (See M-10-468 Order filed November 1, 2011). This case is hereby designated for inclusion in the Pilot Project Regarding Case Management Techniques for Complex Civil Cases in the Southern District of New York (the Pilot Project), unless the judge to whom this case is assigned determines otherwise. This case is designated for inclusion in the Pilot Project because it is a class action, an MDL action, or is in one of the following Nature of Suit categories: 160, 245, 315, 355, 365, 385, 410, 830, 840, 850, 893, or 950. The presiding judge in a case that does not otherwise qualify for inclusion in the Pilot Project may nevertheless designate the case for inclusion in the Pilot Project by issuing an order directing that the case be included in the Pilot Project. The description of the Pilot Project, including procedures to be followed, is attached to this Order. (Signed by Judge Loretta A. Preska on 10/31/2011) (ama) (Entered: 01/09/2012) |
| 01/17/2012 | ● | CASE ACCEPTED AS RELATED. Create association to 1:11-cv-07866-VM. Notice of Assignment to follow. (pgu) (Entered: 01/17/2012) |
| 01/17/2012 | ● 3 | NOTICE OF CASE ASSIGNMENT to Judge Victor Marrero. Judge Unassigned is no longer assigned to the case. (pgu) (Entered: 01/17/2012) |
| 01/17/2012 | ● | Magistrate Judge James C. Francis IV is so designated. (pgu) (Entered: 01/17/2012) |

ECF, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:12-cv-00195-VM
## Internal Use Only

Kay P. Tee, LLC et al v. Corzine et al
Assigned to: Judge Victor Marrero
Related Case: 1:11-cv-07866-VM
Cause: 7:6(b) Federal Commodity Exchange Regulation

Date Filed: 01/10/2012
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Kay P. Tee, LLC**          represented by   **Roger Joel Bernstein**
535 Fifth Avenue
35th floor
New York, NY 10017
212-748-4800
Fax: (646) 964-6633
Email: rbernstein@rjblaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel John Walker**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
Fax: (215) 875-4604
Email: dwalker@bm.net
*ATTORNEY TO BE NOTICED*

**Merrill G Davidoff**
Berger & Montague, P.C
1622 Locust Street
Philadelphia, PA 19103
(215)-875-3084
Fax: (215)-875-4671
Email: mdavidoff@bm.net
*ATTORNEY TO BE NOTICED*

**Michael Dell'Angelo**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3080
Fax: (215)-875-4604

                        Email: mdellangelo@bm.net
                        *PRO HAC VICE*
                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas G. Moran**     represented by    **Roger Joel Bernstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Daniel John Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

                    **Merrill G Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

                    **Michael Dell'Angelo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Andrew Szokolay**     represented by    **Roger Joel Bernstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Daniel John Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

                    **Merrill G Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

                    **Michael Dell'Angelo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Tran**     represented by    **Roger Joel Bernstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Daniel John Walker**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Merrill G Davidoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Dell'Angelo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
Jon S. Corzine

**Defendant**
Henri J. Steenkamp

**Defendant**
Bradley I. Abelow

**Defendant**
Michael G. Stockman

**Defendant**
Edith O'Brien

**Defendant**
Richard W. Gill

**Defendant**
Laurie R. Ferber

**Defendant**
Christine A. Serwinski

**Defendant**
Dennis A. Klejna

**Defendant**
David Simons

**Defendant**
CME Group Inc.

**Defendant**
JPMorgan Chase & Co

## Defendant
**John Does 1-10**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2012 | 1 | COMPLAINT against Bradley I. Abelow, CME Group Inc., Jon S. Corzine, Laurie R. Ferber, Richard W. Gill, JPMorgan Chase & Co, John Does 1-10, Dennis A. Klejna, Edith O'Brien, Christine A. Serwinski, David Simons, Henri J. Steenkamp, Michael G. Stockman. (Filing Fee $ 350.00, Receipt Number 6588)Document filed by John Andrew Szokolay, Kay P. Tee, LLC, Donald Tran, Thomas G. Moran.(ama) (Entered: 01/13/2012) |
| 01/10/2012 |  | SUMMONS ISSUED as to Bradley I. Abelow, CME Group Inc., Jon S. Corzine, Laurie R. Ferber, Richard W. Gill, JPMorgan Chase & Co, John Does 1-10, Dennis A. Klejna, Edith O'Brien, Christine A. Serwinski, David Simons, Henri J. Steenkamp, Michael G. Stockman. (ama) (Entered: 01/13/2012) |
| 01/10/2012 |  | CASE REFERRED TO Judge Victor Marrero as possibly related to 1:11-cv-7866. (ama) (Entered: 01/13/2012) |
| 01/10/2012 |  | Case Designated ECF. (ama) (Entered: 01/13/2012) |
| 01/16/2012 | 2 | NOTICE OF CHANGE OF ADDRESS by Daniel John Walker on behalf of All Plaintiffs. New Address: Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA, USA 19103, 215-875-3000. (Walker, Daniel) (Entered: 01/16/2012) |
| 01/18/2012 |  | CASE ACCEPTED AS RELATED. Create association to 1:11-cv-07866-VM. Notice of Assignment to follow. (pgu) (Entered: 01/18/2012) |
| 01/18/2012 | 3 | NOTICE OF CASE ASSIGNMENT to Judge Victor Marrero. Judge Unassigned is no longer assigned to the case. (pgu) (Entered: 01/18/2012) |
| 01/18/2012 |  | Magistrate Judge James C. Francis IV is so designated. (pgu) (Entered: 01/18/2012) |