```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
JOSEPH DEANGELIS, Individually and On :
Behalf of All Others Similarly Situated,,
                                      :   No. 11-cv-07866 (VM)
            Plaintiff,
                                      :   **ECF CASE**
   -against-
                                      :
JON S. CORZINE, et al.,
                                      :
            Defendants.
                                      :
------------------------------------- X

------------------------------------- X
ROBERT MARCIN, Individually and On    :
Behalf of All Others Similarly Situated,,
                                      :   No. 11-cv-00499 (VM)
            Plaintiff,
                                      :   **ECF CASE**
   -against-
                                      :
JON S. CORZINE, et al.,
                                      :
            Defendants.
                                      :
------------------------------------- X

### PROPOSED ORDER EXTENDING TIME FOR ALL DEFENDANTS TO RESPOND TO COMPLAINTS FILED IN THE CONSOLIDATED ACTION AND RELATED ACTIONS PENDING BEFORE THIS COURT

WHEREAS, this Court has consolidated 11 related actions under the caption *Deangelis v. Corzine et al.*, No. 11-cv-0766 (S.D.N.Y.) (VM).

WHEREAS, in addition to the consolidated *Deangelis* action, there is another related action before the Court, *Marcin v. Corzine et al.*, No. 12-cv-00499 (S.D.N.Y.) (VM).

WHEREAS, several of the defendants in these related actions have been served with or have waived the service of the various complaints on different dates, and are therefore required to respond on different dates pursuant to the Federal Rules of Civil Procedure.

WHEREAS, on December 19, 2011, this Court extended the time for defendant Bradley Abelow in the consolidated *Deangelis* action "to a date to be set following the filing of an amended complaint" and extended the same relief "to all other defendants who have not answered the complaint." Endorsed Letter from Arthur H. Aufses III to Hon. Victor Marrero, *Deangelis v. Corzine et al.*, No. 11-cv-07866 (Document 15).

WHEREAS, this Court has already received and granted multiple other individual requests for extensions of time from several defendants in the related actions.

WHEREAS, the coordination of the related actions would serve the convenience of the parties and this Court.

IT IS HEREBY ORDERED THAT:

1. The time for all defendants who have properly been served in the consolidated *Deangelis* action and *Marcin*, to answer or otherwise respond to the various complaints is extended to a date to be set by the Court as part of a coordinated case management plan.

2. This Order shall apply to any other related actions that are assigned to this Court.

Dated: New York, New York.
January 27, 2012

VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

-2-