```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JOSEPH DEANGELIS,                      :
                                       :   11 Civ. 7866
                      Plaintiff,       :
                                       :
       - against -                     :
                                       :
JON S. CORZINE, et al.,                :
                                       :
                      Defendants.      :
---------------------------------------X
---------------------------------------X
ROGERS VARNER, JR.,                    :
                                       :   12 Civ. 1722
                      Plaintiff,       :
                                       :
       - against -                     :
                                       :
                                       :
JON S. CORZINE, et al.,                :
                                       :
                      Defendants.      :
---------------------------------------X
---------------------------------------X
TEAMSTERS UNION LOCAL NO. 35           :
PENSION FUND, et al.,                  :
                                       :   12 Civ. 1782
                      Plaintiffs,      :
                                       :
       - against -                     :
                                       :
BERNARD W. DAN, et al.,                :
                                       :
                      Defendants.      :
---------------------------------------X
---------------------------------------X
MARK KENNEDY,                          :
                                       :   12 Civ. 1982
                      Plaintiff,       :
                                       :
       - against -                     :   **ORDER**
                                       :   **CONSOLIDATION**
JON S. CORZINE, et al.,                :
                                       :
                      Defendants.      :
---------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/12

**VICTOR MARRERO**, United States District Judge.

Upon review of the complaints and other papers filed with the Court in connection with the four cases captioned above, the Court noted that in all material respects the complaints describe the same or substantially similar underlying events arising out of the same or substantially similar operative facts, and assert the same or substantially similar claims against all or most of the same defendants. Accordingly, it is hereby

**ORDERED** that the Clerk of Court is directed to consolidate these actions for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower numbered case, 11 Civ. 7866; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered cases, 12 Civ. 1722, 12 Civ. 1782 and 12 Civ. 1982 as separate actions and remove them from the Court's docket.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         27 March 2012

                                            _____
                                                Victor Marrero
                                                   U.S.D.J.