USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MF GLOBAL HOLDINGS LTD INVESTMENT LITIGATION | CASE NO. 12-MD-2338 (VM) |
| JOSEPH DEANGELIS, *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> JON S. CORZINE, *et al.*, <br><br> Defendants. | CASE NO. 11-CIV-7866 (VM) <br><br> **ECF CASE** |
| THIS DOCUMENT RELATES TO: <br><br> The Commodity Customer Class Action | |

## STIPULATED ORDER RESERVING RIGHTS

Whereas, certain objectors have agreed to withdraw their objections (ECF Nos. 491, 494) concerning the settlement preliminarily approved by this Court on March 28, 2013 (ECF No. 474) on the terms set forth below, and the parties having appeared before the Court on July 3, 2013;

IT IS HEREBY STIPULATED AND ORDERED THAT

1. All issues related to whether or not the Remitted Clearance Collateral is customer property and the legal consequences of the distribution of the Remitted Clearance Collateral as among the parties to the Multi-District litigation are not before the Court and shall be addressed by separate motion to the Bankruptcy Court.

2. All parties preserve and may raise any and all arguments with respect to the Remitted Clearance Collateral that they are entitled to raise in this Court, and nothing in the

settlement agreement, the order approving the settlement agreement, or the withdrawal of the objections will constitute a waiver of any parties' rights or arguments.

July 3, 2013

| | |
|---|---|
| **ENTWISTLE & CAPPUCCI LLP** | **BERGER & MONTAGUE, P.C.** |
| */s/ Andrew J. Entwistle* <br> Andrew J. Entwistle <br> Joshua K. Porter <br> 280 Park Avenue, 26th Floor West <br> New York, New York 10017 <br> Telephone: (212) 894-7200 <br> Facsimile: (212) 894-7272 | */s/ Merrill G. Davidoff* <br> Merrill G. Davidoff <br> Michael Dell'Angelo <br> 1622 Locust Street <br> Philadelphia, Pennsylvania 19103 <br> Telephone: (215) 875-3000 <br> Facsimile: (215) 875-4604 |
| *Co-Lead Counsel for the Customer Representatives* | *Co-Lead Counsel for the Customer Representatives* |
| **HUGHES HUBBARD & REED LLP** | **JONES DAY** |
| */s/ James B. Kobak, Jr.* <br> James B. Kobak, Jr. <br> One Battery Park Plaza <br> New York, New York 10004 <br> Telephone: (212) 837-6000 <br> Facsimile: (212) 422-4726 | */s/ Bruce Bennett* By/Jennifer O'Neil <br> Bruce Bennett <br> Bennett L. Spiegel <br> 555 South Flower Street, 50th Floor <br> Los Angeles, CA 90071 <br> Telephone: (213) 489-3939 <br> Facsimile: (213) 243-2539 |
| *Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of MF Global Inc.* | *Counsel for MF Global Holdings Ltd., as Plan Administrator* |
| **PERKINS COIE LLP** | **SHER TREMONTE LLP** |
| */s/ Schuyler G. Carroll* <br> Schuyler G. Carroll <br> Shan Haider <br> 30 Rockefeller Plaza, 22nd Floor <br> New York, New York 10012 <br> Telephone: (212) 262-6905 <br> Facsimile: (212) 977-1635 | */s/ Michael Tremonte* <br> Michael Tremonte <br> 80 Broad Street, Suite 1301 <br> New York, New York 10004 <br> Telephone: (212) 202-2600 <br> Facsimile: (212) 202-4156 |
| *Attorneys for Defendant Jon Corzine* | *Attorneys for Defendant Bradley Abelow* |

...

**SULLIVAN & WORCESTER LLP**

/s/ Laura Steinberg
Laura Steinberg
One Post Office Square
Boston, Massachusetts 02109
Telephone: (617) 338-2867
Facsimile: (617) 338-2880

*Attorneys for Defendant David Dunne*

**LANKLER, SIFFERT & WOHL LLP**

/s/ Daniel Reynolds
Daniel E. Reynolds
500 Fifth Avenue, 33rd Floor
New York, New York 10110
Telephone: (212) 921-8399
Facsimile: (212) 764-3701

*Attorneys for Defendant Laurie Ferber*

**DE FEIS O'CONNELL & ROSE, P.C.**

/s/ Gregory J. O'Connell
Gregory J. O'Connell
500 Fifth Avenue
26th Floor
New York, New York 10110
Telephone: (212) 768-1000
Facsimile: (212) 768-3511

*Attorneys for Defendant Vinay Mahajan*

**STEPTOE & JOHNSON LLP**

/s/ Christopher J. Barber
Christopher J. Barber
115 South LaSalle Street
Suite 3100
Chicago, Illinois 60603
Telephone: (312) 577-1300
Facsimile: (312) 577-1370

*Attorneys for Defendant Edith O'Brien*

**ROBINSON MCDONALD & CANNA LLP**

/s/ Jayne S. Robinson
Jayne S. Robinson
61 Broadway, Suite 1415
New York, New York 10006
Telephone: (212) 953-3400
Facsimile: (212) 953-3690

*Attorneys for Defendant Christine A. Serwinski*

**BINDER & SCHWARTZ LLP**

/s/ Neil S. Binder
Neil S. Binder
28 West 44th Street, 6th Floor
New York, New York 10036
Telephone: (347) 334-5081
Facsimile: (347) 772-3072

*Attorneys for Defendant Henri Steenkamp*

**KING & SPALDING LLP**

*/s/ David M. Fine*
James J. Capra, Jr.
James P. Cusick
David M. Fine
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*

Date: 3 July, 2013

SO ORDERED:

Victor Marrero
UNITED STATES DISTRICT COURT JUDGE