# ENTWISTLE & CAPPUCCI

Entwistle & Cappucci LLP
280 Park Avenue
26th Floor West
New York, NY 10017

(212) 894-7200 Main
(212) 894-7272 Fax
www.entwistle-law.com

October 28, 2013

**VIA FACSIMILE AND OVERNIGHT MAIL**

Honorable James C. Francis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312
Facsimile: (212) 805-7930

> Re:  **MF Global Inc. Customer Cases**
> (*Deangelis v. Corzine, et al.*, **No. 11-cv-07866-VM**)

Dear Judge Francis:

We are Interim Co-Lead Counsel in the above-referenced consolidated Customer Class Action.

Pursuant to the Court's September 12, 2013 Order, the Customer Plaintiffs' oppositions to the Defendants' motions to dismiss the consolidated amended complaint are due on October 28, 2013. We write to inform the Court that we have agreed with counsel for Defendants Chicago Mercantile Exchange, Inc. and CME Group, Inc. (collectively, "CME") to extend the deadline for one week, to November 4, 2013, and that CME's deadline to reply is similarly extended one week to December 4, 2013. We respectfully request that the Court approve this schedule.

This agreement does not affect the briefing schedule with the other Defendants.

Respectfully submitted,

Merrill G. Davidoff
Berger & Montague, P.C.

Andrew J. Entwistle
Entwistle & Cappucci LLP

*Co-Lead Counsel for Commodity Customer Plaintiffs*

cc:  Hon. Victor Marrero *(via overnight mail)*
Bruce Bennett, Esq. *(via email only)*
James Kobak, Esq. *(via email only)*
All Counsel *(via email only)*