```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JOSEPH DEANGELIS, et al.,           :
                                    :    11 Civ. 7866 (VM)
            Plaintiffs,             :
                                    :    ORDER
       - against -                  :
                                    :
JON S. CORZINE, et al.,             :
                                    :
            Defendants.             :
                                    :
------------------------------------X
                                    :
SAPERE CTA FUND, L.P.,              :
                                    :
            Plaintiff,              :
                                    :
       - against -                  :
                                    :
JON S. CORZINE, et al.,             :
                                    :
            Defendants.             :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/5/14

VICTOR MARRERO, United States District Judge.

By amended complaint dated December 18, 2012 (the "Complaint"), Plaintiff Sapere CTA Fund, L.P. ("Sapere") brought claims against several defendants (the "Defendants") for conduct arising out of the collapse of MF Global Holdings, Ltd., and its wholly owned subsidiary, MF Global Inc. By letter dated February 21, 2014, Sapere requested permission to withdraw without prejudice its claims against all parties for direct violations of the CEA under Section 22 (Counts Four and Five) and for breach of

fiduciary duty (Count Seven), and all its claims against defendants Laurie R. Ferber, Christine A. Serwinski, John Ranald MacDonald, David Simons, Robert Lyons, Matthew V. Besgen, Matthew M. Hughey, and PricewaterhouseCoopers LLP. (Dkt. No. 662.)

Therefore, it is hereby

**ORDERED** that Counts Four, Five, and Seven of the Complaint, and all remaining claims against defendants Laurie R. Ferber, Christine A. Serwinski, John Ranald MacDonald, David Simons, Robert Lyons, Matthew V. Besgen, Matthew M. Hughey, and PricewaterhouseCoopers LLP, are **WITHDRAWN WITHOUT PREJUDICE**; and it is further

**ORDERED** that the motions to dismiss all withdrawn claims are **DENIED AS MOOT**.

The Clerk of Court is directed to terminate as moot the Motion of PricewaterhouseCoopers, LLP, to Dismiss the Sapere CTA Fund, L.P. Amended Complaint (Dkt. No. 591).

**SO ORDERED.**

Dated:   New York, New York
         5 March 2014

                                          Victor Marrero
                                          U.S.D.J.