```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JOSEPH DEANGELIS, et al.,           :
                                    :    11 Civ. 7866 (VM)
            Plaintiffs,             :
                                    :    ORDER
      - against -                   :
                                    :
JON S. CORZINE, et al.,             :
                                    :
            Defendants.             :
                                    :
------------------------------------X
                                    :
SAPERE CTA FUND, L.P.,              :
                                    :
            Plaintiff,              :
                                    :
      - against -                   :
                                    :
JON S. CORZINE, et al.,             :
                                    :
            Defendants.             :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/13

**VICTOR MARRERO, United States District Judge.**

The Court hereby clarifies that its memo-endorsed Order, dated May 12, 2014 to extend defendant Henri Steenkamp's time to answer the complaint in the Sapere Action (Dkt. No. 729) applies to all defendants in the Sapere Action.

Therefore, it is hereby

**ORDERED** that the time for defendants Jon S. Corzine, Bradley I. Abelow, Henri J. Steenkamp, Vinay Mahajan, Edith

O'Brien, and David Dunne to answer or otherwise move with respect to the amended complaint filed by plaintiff Sapere CTA Fund, L.P. (Dkt. No. 403) is extended to June 27, 2014.

**SO ORDERED.**

Dated:   New York, New York
         13 May 2014

_____
Victor Marrero
U.S.D.J.