# EXHIBIT A

THE VIRGINIA RETIREMENT SYSTEM
MF GLOBAL HOLDINGS, LTD. TRANSACTIONS

**Common Stock**
**CUSIP:  55277J108**

| Transaction | Date | Shares | Price Per Share |
|---|---|---|---|
| Purchase | 04/27/2011 | 900 | $8.4311 |
| Sale | 06/10/2011 | (400) | $7.1700 |
| Sale | 06/10/2011 | (100) | $7.0300 |
| Sale | 06/10/2011 | (400) | $7.0863 |

**9% Convertible Senior Notes Due 2038**
**CUSIP:  55276YAB2**

| Transaction | Date | Face Amount | Par Value |
|---|---|---|---|
| Purchase | 08/25/2011 | 90,000 | $106.7500 |
| Purchase | 10/27/2011 | 850,000 | $79.0000 |
| Sale | 09/06/2011 | (90,000) | $108.0000 |

**1.875% Convertible Senior Notes Due 2016**
**CUSIP:  55277JAA6**

| Transaction | Date | Face Amount | Par Value |
|---|---|---|---|
| Purchase | 05/19/2011 | 320,000 | $101.8750 |
| Purchase | 10/26/2011 | 240,000 | $50.5000 |
| Purchase | 10/26/2011 | 480,000 | $45.0000 |
| Purchase | 10/26/2011 | 400,000 | $50.5000 |
| Purchase | 10/26/2011 | 800,000 | $45.0000 |
| Purchase | 10/27/2011 | 2,060,000 | $55.7500 |
| Purchase | 10/27/2011 | 2,045,000 | $59.5000 |
| Purchase | 10/27/2011 | 680,000 | $59.0000 |
| Purchase | 10/27/2011 | 1,705,000 | $59.5000 |
| Purchase | 10/27/2011 | 1,680,000 | $60.7900 |
| Purchase | 10/27/2011 | 1,705,000 | $59.0000 |
| Purchase | 10/27/2011 | 1,365,000 | $56.0000 |
| Purchase | 10/28/2011 | 1,150,000 | $48.0000 |
| Purchase | 10/28/2011 | 645,000 | $45.0000 |
| Purchase | 10/28/2011 | 460,000 | $48.0000 |
| Purchase | 10/28/2011 | 145,000 | $45.5000 |
| Purchase | 10/28/2011 | 345,000 | $45.5000 |
| Purchase | 10/28/2011 | 1,610,000 | $45.0000 |
| Sale | 06/22/2011 | (320,000) | $98.2500 |

**3.375% Convertible Senior Notes Due 2018**
**CUSIP:  55277JAB4**

| Transaction | Date | Face Amount | Par Value |
|---|---|---|---|
| Purchase | 07/28/2011 | 18,000 | $100.0000 |
| Purchase | 09/22/2011 | 1,210,000 | $81.5987 |
| Purchase | 09/22/2011 | 2,785,000 | $80.8278 |
| Purchase | 10/26/2011 | 405,000 | $54.5000 |
| Purchase | 10/26/2011 | 1,625,000 | $44.6250 |
| Purchase | 10/26/2011 | 950,000 | $44.6250 |
| Purchase | 10/26/2011 | 240,000 | $54.5000 |
| Purchase | 10/27/2011 | 3,515,000 | $54.5000 |
| Purchase | 10/27/2011 | 705,000 | $59.0000 |
| Purchase | 10/28/2011 | 460,000 | $44.5000 |
| Purchase | 10/28/2011 | 225,000 | $43.0000 |
| Purchase | 10/28/2011 | 295,000 | $44.5000 |
| Purchase | 10/28/2011 | 740,000 | $47.0000 |
| Purchase | 10/28/2011 | 145,000 | $43.0000 |
| Purchase | 10/28/2011 | 1,140,000 | $47.0000 |
| Sale | 10/27/2011 | (9,000) | $59.0000 |
| Sale | 10/31/2011 | (9,000) | $42.0000 |