# EXHIBIT B

**HER MAJESTY THE QUEEN IN RIGHT OF ALBERTA**
**MF GLOBAL HOLDINGS, LTD. TRANSACTIONS**

**Common Stock**
**CUSIP:  55277J108**

| Transaction | Date | Shares | Price Per Share |
|---|---|---|---|
| Purchase | 03/30/11 | 16,587 | $8.15 |
| Purchase | 03/30/11 | 22,646 | $8.15 |
| Purchase | 03/30/11 | 34,317 | $8.15 |
| Purchase | 03/31/11 | 27,100 | $8.28 |
| Purchase | 03/31/11 | 74,420 | $8.22 |
| Purchase | 04/01/11 | 14,600 | $8.89 |
| Purchase | 04/01/11 | 25,700 | $8.74 |
| Purchase | 04/01/11 | 31,300 | $8.65 |
| Purchase | 04/01/11 | 143,850 | $8.64 |
| Purchase | 04/12/11 | 3,700 | $8.51 |
| Purchase | 04/12/11 | 11,745 | $8.47 |
| Purchase | 04/12/11 | 36,375 | $8.46 |
| Purchase | 04/13/11 | 61,205 | $8.47 |
| Purchase | 04/14/11 | 7,700 | $8.31 |
| Purchase | 04/14/11 | 27,100 | $8.38 |
| Purchase | 04/14/11 | 50,390 | $8.30 |
| Purchase | 04/15/11 | 43,480 | $8.39 |
| Purchase | 04/18/11 | 4,370 | $8.29 |
| Purchase | 04/18/11 | 118,698 | $8.30 |
| Purchase | 04/19/11 | 54,532 | $8.30 |
| Purchase | 04/20/11 | 63,180 | $8.32 |
| Purchase | 04/21/11 | 18,865 | $8.35 |
| Purchase | 04/25/11 | 26,020 | $8.31 |
| Purchase | 04/25/11 | 36,357 | $8.33 |
| Purchase | 04/26/11 | 38,453 | $8.35 |
| Purchase | 06/20/11 | 29,146 | $7.54 |
| Purchase | 06/20/11 | 1,800 | $7.49 |
| Purchase | 06/21/11 | 63,810 | $7.69 |
| Purchase | 06/22/11 | 1,560 | $7.70 |
| Purchase | 06/22/11 | 41,260 | $7.80 |

| Transaction | Date | Shares | Price Per Share |
|---|---|---|---|
| Purchase | 06/22/11 | 70,250 | $7.74 |
| Purchase | 06/22/11 | 114,420 | $7.71 |
| Purchase | 06/23/11 | 40,250 | $7.52 |
| Purchase | 06/23/11 | 186,790 | $7.55 |
| Purchase | 06/24/11 | 84,294 | $7.51 |
| Purchase | 08/15/11 | 29,500 | $5.65 |
| Purchase | 08/15/11 | 88,890 | $5.73 |
| Purchase | 08/15/11 | 100,000 | $5.60 |
| Purchase | 08/16/11 | 19,820 | $5.67 |
| Sale | 10/21/11 | (5,140) | $3.75 |
| Sale | 10/21/11 | (53,460) | $3.72 |
| Sale | 10/24/11 | (30,028) | $3.58 |
| Sale | 10/24/11 | (44,586) | $3.73 |
| Sale | 10/24/11 | (48,480) | $3.74 |
| Sale | 10/25/11 | (20,100) | $2.01 |
| Sale | 10/25/11 | (120,852) | $2.57 |
| Sale | 10/26/11 | (15,394) | $1.15 |
| Sale | 10/26/11 | (18,500) | $1.43 |
| Sale | 10/26/11 | (308,170) | $1.20 |
| Sale | 10/26/11 | (1,199,770) | $1.22 |