# EXHIBIT C

GOVERNMENT OF GUAM RETIREMENT FUND
MF GLOBAL HOLDINGS LTD. TRANSACTIONS

**Common Stock**
**CUSIP:  55277J108**

| Transaction | Date | Shares | Price Per Share |
|---|---|---|---|
| Purchase | 10/01/2010 | 9,000 | $7.2116 |
| Purchase | 04/01/2011 | 41,960 | $8.7379 |
| Purchase | 04/04/2011 | 36,730 | $8.6961 |
| Purchase | 04/06/2011 | 22,460 | $8.7103 |
| Purchase | 05/20/2011 | 26,650 | $7.4500 |
| Purchase | 08/17/2011 | 5,430 | $5.5846 |
| Sale | 10/18/2010 | (2,400) | $7.9801 |
| Sale | 11/02/2010 | (2,700) | $7.9585 |
| Sale | 01/03/2011 | (2,300) | $8.4066 |
| Sale | 01/04/2011 | (1,600) | $8.3922 |
| Sale | 10/25/2011 | (133,230) | $2.1276 |

**6.25% Senior Notes Due 2016**
**CUSIP:  55277JAC2**

| Transaction | Date | Face Amount | Par Value |
|---|---|---|---|
| Purchase | 08/03/2011 | 630,000 | $100.0000 |
| Sale | 11/09/2011 | (29,000) | $36.0000 |
| Sale | 11/09/2011 | (28,000) | $36.5000 |
| Sale | 11/09/2011 | (143,000) | $36.0000 |
| Sale | 11/10/2011 | (85,000) | $34.7500 |
| Sale | 11/10/2011 | (261,000) | $34.7500 |
| Sale | 11/10/2011 | (84,000) | $34.7500 |