# EXHIBIT D

**WEST VIRGINIA LABORERS' PENSION TRUST FUND**
**MF GLOBAL HOLDINGS LTD. TRANSACTIONS**

**Common Stock**
**CUSIP:  55277J108**

| Transaction | Date | Shares | Price Per Share |
|---|---|---|---|
| Purchase | 06/03/2010 | 1,300 | $7.1000 |
| Purchase | 06/09/2010 | 7,100 | $7.2532 |
| Purchase | 02/03/2011 | 5,100 | $8.2957 |
| Purchase | 04/26/2011 | 1,400 | $8.3823 |
| Purchase | 07/14/2011 | 1,800 | $7.3882 |
| Sale | 10/27/2011 | (4,700) | $1.8001 |
| Sale | 10/27/2011 | (3,000) | $1.7480 |
| Sale | 10/27/2011 | (3,000) | $1.6926 |
| Sale | 10/27/2011 | (3,000) | $1.6824 |
| Sale | 10/27/2011 | (3,000) | $1.6309 |