# EXHIBIT E

**LRI INVEST S.A.**
**MF GLOBAL HOLDINGS LTD. TRANSACTIONS**

**1.875% Convertible Senior Notes Due 2016**
**CUSIP:  55277JAA6**

| Transaction | Date | Shares | Par Value |
|---|---|---|---|
| Purchase | 02/09/2011 | 2,000,000 | $101.4500 |
| Purchase | 02/15/2011 | 1,000,000 | $104.5600 |
| Purchase | 02/17/2011 | 2,000,000 | $105.7500 |
| Sale | 11/02/2011 | (5,000,000) | $44.5000 |

**3.375% Convertible Senior Notes Due 2018**
**CUSIP:  55277JAB4**

| Transaction | Date | Shares | Par Value |
|---|---|---|---|
| Purchase | 07/28/2011 | 500,000 | $100.0000 |
| Sale | 11/02/2011 | (500,000) | $44.5000 |