```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JOSEPH DEANGELIS, et al.,            :
                                     :
                 Plaintiff,          :
                                     :   NOTICE OF CONFERENCE
     - against -                     :
                                     :
JON S. CORZINE, et al.,              :
                                     :   11 Civ. 7866 (VM)
                 Defendants.         :
            -and-                    :
------------------------------------X
```

**VICTOR MARRERO**, United States District Judge.

      Counsel for all parties are directed to appear for a conference before Judge Marrero and Bankruptcy Judge Glenn to discuss issues regarding global settlement on **December 11, 2015** at **1:00 p.m.** in Courtroom 11B at the United States Courthouse, 500 Pearl Street, New York, New York.  Unless excused by letter request, principal trial counsel must appear at this conference.

      The parties are directed to submit to this Court and to Judge Glenn by December 4, 2015 copies of the term sheet referred to in the Supplement to the Estate Movants' Motion for Combined Hearing and for Reconsideration (Dkt. No. 1032).

Dated:     December 1, 2015
           New York, New York

                                                      Victor Marrero
                                                       U.S.D.J.