Case 1:11-cv-07866-VM-JCF   Document 1039   Filed 12/01/15   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  1/12/16

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE MF GLOBAL HOLDINGS LTD.
INVESTMENT LITIGATION

Case No. 12-MD-2338 (VM)

---

JOSEPH DEANGELIS, et al.,

Plaintiffs,

against

JON S. CORZINE, et al.,

Defendants.

Lead Case No. 11 Civ. 7866 (VM)

**ECF CASE**

---

THIS DOCUMENT RELATES TO:

The Commodity Customer Class Action

---

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:   THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF
      RECORD

PLEASE TAKE NOTICE THAT Charles Eskridge is no longer associated with Susman

Godfrey L.L.P. and hereby withdraws as one of the attorneys for the Plaintiffs in the above-

captioned action. Please remove him from the service list in this action.

Dated:  December 1, 2015

SUSMAN GODFREY L.L.P.

SO ORDERED: *12 January 2016*

Hon. Victor Marrero

/s/Lindsey G. Eccles
Lindsey Godfrey Eccles (PHV)
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3832
Facsimile: (206) 516-3883
E-mail: leccles@susmangodfrey.com

3984877v1/013068

Marc M. Seltzer (PHV)
1901 Avenue of the Stars, Suite 950
Los Angeles, California 90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150
E-mail: mseltzer@susmangodfrey.com

3984877v1/013068