UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MF GLOBAL HOLDINGS LIMITED SECURITIES LITIGATION | Civil Action No. 1:11-CV-07866-VM |
| THIS DOCUMENT RELATES TO: | |
| All Securities Actions (*DeAngelis v. Corzine*) | ECF CASE |

**NOTICE OF SETTLING PLAINTIFFS' MOTION
FOR (I) PRELIMINARY APPROVAL OF THE REMAINING SENIOR
NOTES UNDERWRITER SETTLEMENT, AND (II) APPROVAL OF
<u>NOTICE TO THE REMAINING SENIOR NOTES UNDERWRITER CLASS</u>**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that upon the Stipulation and Agreement of Settlement with Defendants Jefferies LLC, BMO Capital Markets Corp., Natixis Securities Americas LLC, Lebenthal & Co., LLC, and U.S. Bancorp Investments, Inc. dated as of March 9, 2016 (the "Stipulation")[1], attached hereto as Exhibit 1; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiffs the Virginia Retirement System and Her Majesty The Queen In Right Of Alberta and named plaintiff the Government of Guam Retirement Fund (collectively, the "Settling Plaintiffs"), on behalf of themselves, the other named plaintiffs in the Action, and the other members of the Remaining Senior Notes Underwriter Class, hereby move this Court, under Rule 23 of the Federal Rules of Civil Procedure, for an order: (i) preliminarily approving the proposed Remaining Senior Notes Underwriter Settlement; (ii) approving the form and manner of giving notice to the Remaining Senior Notes Underwriter Class of the proposed Settlement and Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of expenses not previously applied for; and

---

[1] All capitalized terms used herein shall have the meanings provided in the Stipulation.

(iii) scheduling a hearing to consider final approval of the Settlement and approval of Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of expenses, and any other related matters.  Attached hereto as Exhibit 2 is the [Proposed] Order Preliminarily Approving Proposed Settlement with Defendants Jefferies LLC, BMO Capital Markets Corp., Natixis Securities Americas LLC, Lebenthal & Co., LLC, and U.S. Bancorp Investments, Inc. and its exhibits.

Dated:  March 11, 2016
         New York, New York

Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

/s/ Salvatore J. Graziano
Salvatore J. Graziano
Hannah G. Ross
Jai Chandrasekhar
1251 Avenue of the Americas, 44th Floor
New York, NY 10020
Telephone:  (212) 554-1400
Facsimile:   (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs,*
*the Remaining Senior Notes Underwriter Class, and Settling Plaintiff Government of Guam Retirement Fund*

- and -

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar
Dominic J. Auld
Cynthia Hanawalt
7 Times Square, 27th Floor
New York, New York 10036
Telephone:  (212) 789-1340
Facsimile:   (212) 205-3960

*Co-Lead Counsel for Lead Plaintiffs*
*and the Remaining Senior Notes Underwriter Class*

#966016